IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHELSI CAMEL, and WAYNE VENDERBURG, JR., *as guardians ad litem of E.Z.V.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ARLEE JOINT SCHOOL DISTRICT NO. 8, KATIE MCGILLICUDDY AND DOES 1-5, <br><br> Defendants. | CV 24-107-M-KLD <br><br> ORDER |

I hereby recuse myself from this matter on the ground that my sister, Elizabeth Kaleva, is the owner and sole shareholder of Kaleva Law Office. Accordingly, I ask that this case be reassigned.

DATED this 26th day of September, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge